# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **CYNTHIA S. WILLS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:13-cv-210-DBH** |
| ) | |
| **SEACOAST RV RESORT, LLC,** ) | |
| ET AL., ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND ORDER

On October 28, 2013, the United States Magistrate Judge entered her Report of Telephone Conference and Order on discovery issues. The plaintiff filed an appeal of the Magistrate Judge's ruling on November 1, 2013. I have reviewed and considered the Magistrate Judge's Report and Order. I concur with the Magistrate Judge's Report and Order because it is neither clearly erroneous nor contrary to law, and determine that no further proceeding is necessary.

The rulings in the Magistrate Judge's Report and Order are **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 20TH DAY OF NOVEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**