UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| CYNTHIA S. WILLS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:13-cv-00210-DBH |
| | ) | |
| SEACOAST RV RESORT LLC, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby <u>ORDERED</u> that this matter be set for a settlement conference to be held before U.S. Magistrate Judge John C. Nivison at the U.S. District Courthouse, 156 Federal Street, Portland, Maine, on Friday, July 18, 2014, commencing at 9:00 a.m.

It is <u>FURTHER</u> <u>ORDERED</u> that counsel appear with their clients at such time and place fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.  Insurance adjusters on behalf of the Seacoast Defendants from California and Pennsylvania will be available by telephone at all times during the settlement conference.

SO ORDERED.

June 26, 2014

/s/ John C. Nivison
U.S. Magistrate Judge