UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CYNTHIA S. WILLS,<br><br>          Plaintiff<br><br>vs.<br><br>SEACOAST RVs, INC, SEACOAST RV RESORT, LLC, a Maine Limited Liability Company, LINDA L. MAILHOT, individual MICHAEL G. MAILHOT, individual (husband and wife), RUSSELL L. JACHE, individual, SACO & BIDDEFORD SAVINGS INSTITUTION,<br><br>          Defendants | CIVIL NO. 2:13-CV-210-DBH |

**DEFENDANT SACO & BIDDEFORD SAVINGS INSTITUTION'S
UNOPPOSED MOTION TO DISMISS**

Now comes the defendant, Saco & Biddeford Savings Institution by and through its undersigned attorney, and moves pursuant to F.R.Civ.P. 41 to dismiss all claims asserted against it by the plaintiff with prejudice and without costs. This dismissal pertains solely to Saco & Biddeford Savings Institution and does not apply to nor limit the rights of the plaintiff with respect to her claims against the other remaining parties. There are no cross-claims between Defendant Saco & Biddeford Savings Institution and the remaining defendants and this would be a full and final dismissal of Saco & Biddeford Savings Institution.

Plaintiff Cynthia Wills has been contacted regarding this motion and she has indicated that she has no objection. Attorney Teresa Cloutier, counsel for the remaining "Seacoast" defendants, has been contacted regarding this motion and has indicated that the remaining defendants have no objection.

1

WHEREFORE, for the reasons set forth above, Defendant Saco & Biddeford Savings Institution asks that the court grant this motion and order that it be dismiss from this case with prejudice and without costs.

/s/ Susan B. Driscoll
Attorney for Defendant
Saco & Biddeford Savings Institution
BERGEN & PARKINSON, LLC
P.O. Box 46
Saco, ME 04072
(207) 283-1000

### CERTIFICATE OF SERVICE

I, Susan B. Driscoll, Esq., attorney for Defendant Saco & Biddeford Savings Institution hereby certify that on January 16, 2015, I electronically filed Defendant Saco & Biddeford Savings Institution's Unopposed Motion to Dismiss with the Clerk of Court, via the CM/ECF system, which will send notification of such filing to the parties and counsel of record.

This pleading was also served, via United States Postal Service regular mail, to:

Cynthia S. Wills
P.O. Box 1087
Kennebunkport, ME 04046

Date:  January 16, 2015

/s/ Susan B. Driscoll
Attorney for Defendant
Saco & Biddeford Savings Institution

BERGEN & PARKINSON, LLC
P.O. Box 46
Saco, ME 04072
(207) 283-1000