UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2015 MAR 16 P 2:29
_____
DEPUTY CLERK

DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
MAR 17 2015
CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| CYNTHIA WILLS, <br><br> Plaintiff, <br><br> v. <br><br> SEACOAST RV RESORT, LLC, et al., <br><br> Defendants | Civil Action No. 2:13-cv-210-DBH |

### STIPULATION OF DISMISSAL

The plaintiff, Cynthia Wills, and the defendants, Seacoast RV Resort, LLC, Seacoast RVs, Inc., Michael G. Mailhot, Linda L. Mailhot, and Russell L. Jache, hereby stipulate that this action, including all claims that were or could have been brought within it, is and shall be dismissed with prejudice and without costs to any party.

DATED: March 13, 2015

_____
Cynthia S. Wills
Plaintiff

DATED: __3/17/15__, 2015

_____
Teresa M. Cloutier, Esq.
Attorney for Seacoast RV Resort,
LLC, Seacoast RVs, Inc., Michael G.
Mailhot, Linda L. Mailhot, and
Russell L. Jache

LAMBERT COFFIN
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215
(207) 874-4000